PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 04/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Houston_ DIVISION

United States Courts
Southern District of Texas
FILED

AUG 21 2024

Nathan Ochsner, Clerk of Court

_Tyrone Edward Byrd # 03184871_
Plaintiff's Name and ID Number

_Harris County Jail_
Place of Confinement    _1200 Baker_

CASE NO._____
(Clerk will assign the number)

v.

_Harris Health (Health Care)_
Defendant's Name and Address

Defendant's Name and Address

Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.**

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND _IN FORMA PAUPERIS_ (IFP)**

1

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00.**

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis.* In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment?___YES $\times$ NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
   1. Approximate date of filing lawsuit:_____
   2. Parties to previous lawsuit:

      Plaintiff(s)_____

      Defendant(s)_____
   3. Court: (If federal, name the district; if state, name the county.)_____
   4. Cause number:_____
   5. Name of judge to whom case was assigned: _____
   6. Disposition: (Was the case dismissed, appealed, still pending?) _____
   7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: *Harris County Jail*

2

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? X YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

*Refused to give grievance copy

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Tyrone Edward Byrd #03184871

Harris County Jail 1200 Baker

Houston TX 77002

B. Full name of each defendant, his official position, his place of
employment, and his full mailing address.

Defendant #1: Harris County Health Care all
hide their names and refuse to present identification

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Deliberate indifferences, Refusal of proper medical
treatment - violation of constitutional Rights, Cruel and

Defendant #2: unusal punishment

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

3

Harris County Jail has had multiple encounters with myself not being given proper medical treatment. The dates at hand are the days I have filed grievances for medical malpractice.

- 6/21/2024 - Medical holdover - 1st Floor #55547
- 6/27/2024 - 5:00 - 5:50 (2nd Floor 2H1)
- 7/1/2024 - 3:39pm - 3:50pm (2H1 Dayroom)
- 7/9/2024 - 2:40 - 2:50pm (2H1 Dayroom) #55704
- 7/11/2024  3:58pm
- 7/11/2024  21:15 - 21:21 (3B1)
- 7/17/2024  7:19 - 7:30 (3rd Floor 3B1)
- 7/17/2024  18:50 - 22:58 (Medical Holdover 2) #55819
- 7/19/2024  20:20 (3B1)  12:00am - 1:10am
- 7/20/2024  5:00am - 5:15am - 5:21am  medical
- 7/23/2024  7:49am  3B1
- 55712 - 55713  7:03 - 8:03 (3B1) medical
- 55940  7/30/2024 (6:30am - 9:00am)(10:00am  12:00pm) (3B1  17:48  19:43 (medical Holdover 4)
- 7/29/2024  11:40 - 12:20 (3B1 Holding) Hallway
- 8/1/2024  7:07 (3B1)
- 55973  8/3/2024 (9:00 - 10:59) 3B1
- 8/5/2024  6:31pm (3B1)
- 55987  8/6/2024 (12:13 - 12:20)
- 8/7/2024  9:08pm (3B1)
- 56087  8/12/2024 - 8/13/2024 - 8/14/2024 - 8/15/2024 7:44 (3B1)

All of the dates at hand I was

denied medical attention. I was treated as animal where I was told my condition was a lie and never treated properly. My medical condition is an internal issue and it is a serious condition I have been diagnosed with polycystic kidney disease and Harris Health has yet to treat my condition or maintain an open line of communication about my condition. They treat me as if I am a nuisance and a lier about my sickness. I need proper medical attention as it could be detrimental to me living everyday life. Also being denied proper medical attention could lead to my death. Thank You.

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

See attachment # Exhibit A 1 B.

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation for lack of medical Treatment and medical indifference, Pain and Suffering, defimation of Character - Compensation requested 30 million dollars

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

N/A

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ # 01930231   /   FBI # 355907ND7

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___ YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case number:_____

3. Approximate date sanctions were imposed:_____

4. Have the sanctions been lifted or otherwise satisfied?   ___ YES  ___ NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?          _____ YES ✕ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date warning was issued: _____

Executed on: __8·/8·Z4__
         DATE

Tyrone Edward Byrd
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __18th__ day of __August__ , 20 _Z4_ .
     (Day)           (month)         (year)



Tyrone Edward Byrd
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name *Tyrone Edward Byrd*

SPN *03184871*          Cell *361*

Street *1200 Baker*

HOUSTON, TEXAS 77002

**K Keefe**
*Commissary Network*

# INDIGENT

United States Courts
Southern District of Texas
FILED

AUG 21 2024

Nathan Ochsner, Clerk of Court

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 77002 $ 000.97⁰
02 7W
0008034358 AUG. 19. 2024

CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

o *OFFICAL BUSINESS* o

7720861010 B001